# THE
# UGELL LAW FIRM, P.C.
## ATTORNEYS AND COUNSELORS AT LAW

▪ CRIMINAL DEFENSE ▪ CONSUMER BANKRUPTCY ▪ REAL ESTATE ▪ FORECLOSURE DEFENSE ▪
▪ LOAN MODIFICATION ▪ MATRIMONIAL & FAMILY LAW ▪ WILLS & ESTATES ▪

| | | |
|---|---|---|
| **SCOTT B. UGELL, ESQ.**<br>SCOTT@UGELLLAW.COM<br>EXTENSION: 101<br><br>**ADMITTED IN:**<br>NY, FEDERAL, AND U.S. SUPREME | 151 N. MAIN STREET, STE #202<br>NEW CITY, NEW YORK 10956<br>WWW.UGELLLAW.COM<br>OFFICE: (845) 639-7011<br>FAX: (845) 639-7004 | **PAUL S. COOPER, ESQ.**<br>PAUL@UGELLLAW.COM<br>EXTENSION: 102<br><br>**ADMITTED IN:**<br>NY AND FEDERAL COURT |

**March 4, 2019**

<u>**VIA ECF**</u>

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **Loss Mitigation Status Report**
                **Chapter 7 Debtor: Louise Riccio**
                **Case No.: 17-22989 (rdd)**

Dear Judge Drain:

      Please allow this letter to serve as a status report in the pending Loss Mitigation pursuant to the Southern District of New York Bankruptcy's Loss Mitigation Program. Our office represents the Debtor, Louise Riccio, in the above referenced case.

On March 4, 2019, this office emailed opposing counsel debtor's documents in response to the creditor's January 30, 2019 missing document letter, supplying the additional information requested.

Thank You.
Very Truly Yours,

**/s/ Scott B. Ugell**
Scott B. Ugell