

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

December 19, 2019

Scott B. Ugell
151 North Main Street
Suite 202
New City, NY 10956

      In re:   Louise Riccio, et al.
      Case No.   17-22989-rdd
      Loan No.   ..0213

Dear Counsel:

      The Law Firm of Gross Polowy, LLC represents Rushmore Loan Management Services, LLC (the "Servicer") in relation to the loss mitigation effort on the above captioned loan.

      An Order was entered for our client to participate in loss mitigation with the Debtor. After the Debtor submitted documents, the Servicer rendered a decision on the application. A copy of the decision correspondence is attached hereto as *Exhibit A*. Please allow the instant status letter to provide additional detailed denial figures.

Income/Expense Computation Detail

| Debtor's Gross Monthly Income | | $7,463.75 |
|---|---|---|
| | | |
| *Input or Output* | *Pre-Modification* | *Post-Modification* |
| Interest Rate | 4.75% | 4.00% |
| Unpaid Principal Balance | $837,997.17 | $760,000.00 |
| Monthly Total Payment (inclusive of principal, interest, taxes, and insurance) | $4,905.71 | $4,682.35 |

| Debt-to-Income Ratio (DTI) Front end | | 62.73% |
|---|---|---|
| Debt-to-Income Ratio (DTI) Back end | | 73.04% |
| Denial Reason | | Insufficient income and excessive obligations. |

Based on the Gross Monthly income of $7,463.75, a prospective modified monthly payment at a 4% interest rate results in a 62.73% front-end debt-to-income ratio (DTI) which is more that the target rate of 35% and 73.04% back-end DTI which is more that the target rate of 45%. As a result, the Debtor has been denied due to insufficient income and excessive monthly obligations.

If you have any questions or concerns please do not hesitate to contact me at (716) 204-1756 or nblack@grosspolowy.com. Thank you for your kind attention hereto.

Very truly yours,

*/s/ Nicole M. Black*

Nicole M. Black, Esq.

**RUSHMORE**
LOAN MANAGEMENT
SERVICES

P.O. Box 55004
Irvine, CA 92619
888.504.6700 toll free
949.341.2242 fax
www.rushmorelm.com

**Address Service Requested**

Estate Of Nicholas M Riccio
14 Arbor CT
Pomona, NY 10970 0000
*



November 04, 2019

Re: Loan Modification Request-Notice of Action Taken

Dear Estate Of Nicholas M Riccio :

Thank you for your recent request for a loan modification. We have completed reviewing you for all modification programs for which you are eligible. Based on a careful review of the information you provided us, unfortunately we are not able to offer you a loan modification, please see below for further information.  However, we are offering you an opportunity to pursue a short sale.

**About a Short Sale**

A short sale is the sale of your property for less than the balance remaining on your mortgage loan.  With a short sale, if you are able to close the short sale on terms that have been approved by us, which may include a personal contribution, and once the proceeds from the sale are received, we will release our mortgage lien on your property even though the proceeds are less than the loan balance you owe.

**To Accept This Offer**

You must provide a fully executed listing agreement for your property at the address provided below no later than fourteen (14) calendar days from the date of this letter to indicate your intent to accept this offer and pursue a short sale.  If you do not provide the fully executed listing agreement by the deadline of this offer, subject to other protections afforded you on the right of appeal for the modification decision as noted below, we shall continue with the foreclosure process which may result in a foreclosure sale of your property.

**TIME IS OF THE ESSENCE**

If you provide the required documentation by the deadline to accept this offer, in order to allow you time to sell your home, we will defer or suspend the current foreclosure action on your loan until forty-five (45) calendar days from the date of this letter ("Suspension Period"). We will review and respond to any purchase offers you submit during the Suspension Period within 30 days of the date we receive the purchase offer if it is accompanied with the following supporting documentation, as previously outlined in our response to your initial application:

- Fully executed purchase contract
- Estimated HUD 1 showing distribution of proceeds to all parties and any supporting schedules





**Address Service Requested**

If you are not able to obtain a purchase offer that is acceptable to us or submit the purchase offer required documentation listed above by the expiration of the Suspension Period, you may continue your short sale efforts, but we will commence or continue foreclosure actions. During this time, we may review any purchase offer submitted, but only if there is adequate time prior to the foreclosure sale date.

If you have any questions about pursuing a short sale or a short sale is not a viable option due to your circumstances, you may be eligible for a Deed-in-Lieu of foreclosure and you need information regarding this option, please contact your single point of contact,
TIM FRICKE at 469-458-5948.

Please note that pursuing a short sale may result in cancellation of a portion of your debt. Cancellation of debt may have tax consequences. Please consult your tax advisor to discuss potential tax consequences.

**Additional Information and Legal Notices**

**You were not approved for a loan modification Trial Period Plan.**
You were evaluated for mortgage payment assistance based on the eligibility requirements of MTGLQ Investors, L.P.,
the owner of your mortgage loan.

Based on our review of your financial circumstances, although you may have a hardship, you are not eligible based on the following reason(s):

Your monthly Income amount of $ _7,463.75 :_
X Is not sufficient to sustain any payments under any available
  loan modification program.

Your Employment History:
  Is not sufficient in length to qualify.

Your Credit History:
X Reveals that current obligations are excessive in relation to
  income.
  Could not be verified.

Good Faith Payment:
  Proof of the good faith payment was not received.
  The amount of good faith payment is insufficient to offer a
  loan modification.

Prior Modification History:
  The maximum number of modifications for the loan has been exceeded.

Other:
  The Owner of your loan does not offer a loan modification on the
  terms requested.


The Owner of your loan is MTGLQ Investors, L.P..

The Property value used in making this determination was $760,000._____

We have completed reviewing you for the following loan modification programs the owner of your loan offers:

  Proprietary Modification





**Address Service Requested**

### Right to Appeal

You have the right to appeal our determination of your request for a loan modification. If you would like to appeal, you must contact us in writing at the address provided below no later than thirty days (30) from the date of this letter with the following required information included:

- Include your name, property address, mortgage loan number.

- State you are requesting an appeal and include the reasons for your appeal.

- Provide supporting documentation as needed. Any supplemental documentation provided must be related to the information previously provided in your original application.

Your right to appeal expires after 30 days from the date of this letter. Any appeal request or documentation received after that date may not be considered.

If you elect to appeal, we will provide you a written notice of our appeal decision within thirty (30) calendar days of receiving your appeal.  Our appeal decision is final and not subject to further appeal. Appeals are not considered new applications and are not subject to consideration of any new information that may have resulted from a change in circumstances since the decision was rendered.

If you elect to appeal, you do not have to make the full mortgage payment amount until resolution of the appeal; however, the failure to make such payments may have adverse impacts to your credit rating. If we determine on the appeal that you are eligible for a loan modification program, we will send you an offer for that program.  In that case, you may choose to make the full mortgage payment amount (including any delinquent amounts and late charges that have accrued during the appeal process) or you may notify us of your intent to accept the loan modification program offer by contacting us at the address or toll free number noted below within fourteen (14) calendar days from the date of the appeal decision.

Your Single Point of Contact is: TIM FRICKE           .  He/She can be reached at 469-458-5948 or you may call our Toll Free Number: 1-888-504-7300.

Hours: Monday through Thursday between the hours of 6:00 a.m. to 7:00 p.m. Pacific Time.
Friday between the hours of 6:00 a.m. to 6:00 p.m. Pacific Time.

Email Address: LossMitigation@rushmorelm.com





**Address Service Requested**

<u>Mailing Address</u>
Rushmore Loan Management Services LLC
15480 Laguna Canyon Dr. Suite 100
Irvine, CA 92618

If Rushmore needs additional documentation in order to consider your appeal, we will request the documents from you.

The consumer reporting agencies we contacted that provided information influencing our decision in whole or in part were:

| Equifax Credit Information | TransUnion | Innovis |
|---|---|---|
| P.O. Box 740241 | P.O. Box 1000 | P.O. Box 1689 |
| Atlanta, GA 30374 | Chester, PA 19022 | Pittsburgh, PA 15230-1689 |
| 1-877-576-5734 | 1-800-680-7289 | Attn:Consumer Assistance |

The reporting agencies played no part in our decision and are unable to supply specific reasons why we have denied a loan modification to you. You do, however, have a right under the Fair Credit Reporting Act to know the information contained in your credit file. You also have the right to a free copy of your report from the reporting agencies, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agencies. Any questions regarding such information should be directed to the consumer reporting agencies.

   (Check if applicable) Our credit decision was based in whole or in part on information obtained from an affiliate or outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

Any other questions regarding this letter please feel free to contact your SPOC TIM FRICKE          or Rushmore Loan Management Services LLC at the contact number and address listed above.

Sincerely,

Loss Mitigation Department

Housing counselors and legal assistance may be available at little or no cost to you. If you would like assistance in determining your rights and opportunities to keep your house, you may contact: United States Department of Housing and Urban Development (HUD), toll free 1-888-995-HOPE(4673).

Please read important Legal Information on the next page.



## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**Notice of Error Resolution & Information Request Procedures**
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

*__If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:__*

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**HUD STATEMENT**
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

**Equal Credit Opportunity Act Disclosure**
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552.

**STATE SPECIFIC NOTICES**

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov .

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324(I)(i), the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 14-2019. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You may also contact the Department by fax: 503-947-7862, or by mail: PO Box 14480, Salem, OR 97309-0405.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.